WAWD (Rev. 4/2024) IFP and Written Consent

# UNITED STATES DISTRICT COURT
## Western District of Washington

MYRIAM ZAYAS

Plaintiff

vs.

PAUL LAROSE, OLIVE CREST ADOPTION AGENCY, ISSAQUAH SCHOOL DISTRICT

Defendant(s)

Case Number: 2:24-cv-00695-RAJ

**DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS AND WRITTEN CONSENT FOR PAYMENT OF COSTS**

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I (print your name) MYRIAM ZAYAS declare I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security therefor. The nature of my action is *briefly* stated as follows:

I am allowed to hold them accountable as i find them, I HAVE VISITS WITH MY CHILDREN 5 DAYS A WEEK DUE TO THEM BEING IN DIFFERENT FOSTER HOMES WE NEVER HAVE VISITS TOGETHER, MY SON IS STILL ON LIFE SUPPORT BECAUSE HIS FATHER HAS ⊞

In support of this application, I answer *all* of the following questions:

1. Are you presently employed?

   ☑ Yes   Total amount of net monthly salary (take home pay) $ 200

   Name and address of employer grub hub

   ☐ No   Date of last employment_____ Total amount of last net monthly salary $ _____

2. If married, is your spouse presently employed?   ☐ Not married

   ☐ Yes   Total amount of spouse's net monthly salary (take home pay) $ _____

   Name and address of employer _____

   ☑ No   Date of spouse's last employment_____ Total amount of last net monthly salary $ _____

3. For the past twelve months, list the amount of money you and/or your spouse have received from any of the following sources.

   a. Business, profession or other self-employment                              $ 0
   b. Income from rent, interest or dividends                                     $ 0
   c. Pensions, annuities or life insurance payments                             $ 0
   d. Disability, unemployment, workers compensation or public assistance        $ 0
   e. Gifts or inheritances                                                       $ 0
   f. Money received from child support or alimony                                $ 0
   g. Describe any other source of income  settlement check last year 2023       $ 20000.00

4. List the amount for each of the following for you and/or your spouse:

Cash on hand $ 0        Checking Account $ 0        Savings Account $ 0

5. Do you and/or your spouse own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? If Yes, describe the property and state its approximate value:

☑ Yes
☐ No

| 2006 escalade and 2011 dodge charger | $ 4000 |

6. Are any persons dependent upon you or your spouse for support? If Yes, state their relationship to you or your spouse, and indicate how much is contributed toward their support each month. (Do not include names of minor children. )

☑ Yes
☑ No

| she took them from me they are both in foster care for absolutely no reason at all 100% retaliation | $ |

7. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.

| rent 0, lights 150, water sewer garbage 100, food 769 food stamps gas 200 | $ 1300 |

8. Provide any other information that will help explain why you cannot pay court fees and costs.

my son is still on life support i visit him daily my friends have been sending me gas to go see him i have not been able to work watching him die is i think very different than him just being dead and gone this is like real life torture i cant explain he is at kindred hospital icu room 5 marcel bradley zayas I HAVE VISITS WITH MY 2 CHILDREN 5 DAYS A WEEK THEY ARE SEPARATED WHICH MEANS WE NEVER HAVE VISITS TOGETHER THIS IS INTENTIONAL I HAVE NOT SEEN MY 9 YEAR OLD IN 3 WEEKS

I declare under penalty of perjury that the foregoing is true and correct.

5/17/24                *myriam zayas*

**Executed on: (Date)     Signature of Plaintiff (Required)**

## WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(c)

I, (print your name) myriam zayas

hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

5/17/24                *myriam zayas*

**Executed on: (Date)     Signature of Plaintiff (Required)**