UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MYRIAM ZAYAS,

    Plaintiff,

v.

PAUL LAROSE, *et al.*,

    Defendants.

Case No. C24-695 RAJ

ORDER

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $405.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 1) is GRANTED. However, the Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons. *See, e.g.*, *Zayas v. McCoy, et al.*, C24-621; *Zayas v. Johnson*, C23-5165-BHS; *Zayas v. King County*, C23-1279-JCC; *Zayas v. Dep't of Children Youth & Families*, C22-1085-TL. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Richard A. Jones.

ORDER - 1

Dated this 24th day of May, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2