UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MYRIAM ZAYAS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PAUL LAROSE, OLIVE CREST ADOPTION AGENCY, ISSAQUAH SCHOOL DISTRICT,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-00695<br><br>**ORDER** |

## I.  INTRODUCTION

THIS MATTER comes before the Court on Plaintiff Myriam Zayas's response to the Court's Order to Show Cause. Dkt. # 7. For the reasons stated below, the Court dismisses this case without prejudice.

ORDER - 1

## II.  DISCUSSION

In the complaint, Ms. Zayas asserts a claim under 42 U.S.C. § 1983 against Paul LaRose, Olive Crest Adoption Agency, and Issaquah School District.  Dkt. # 5.  Ms. Zayas asserts that Defendants violated her rights under the Fourteenth Amendment to the U.S. Constitution by discriminating against her based on race and depriving her of procedural and substantive due process during and after dependency proceedings.  *See id*.; Dkt. # 1-2 at 2.

On May 22, 2025, this Court reviewed the Complaint and concluded that it may not make determinations regarding alleged constitutional violations where such determinations would interfere in the ongoing dependency matter.  Dkt. # 6 at 2.  The Court ordered Ms. Zayas to show cause why the Court should not abstain pursuant to the *Younger* abstention doctrine.  *See id*. at 3.  The Court specifically directed Plaintiff to list any state proceedings involving Plaintiff and Defendants and the children referred to in the Complaint.  *See id*. at 4.  Additionally, the Court further instructed Plaintiff to provide the case number, court name, and a brief summary of the current status of the matter.  *See id*.

On June 5, 2025, Plaintiff filed a document in response to the Court's Order to Show Cause.  Dkt. # 7.  This two-page document does not address the issues the Court directed the Plaintiff to address in the order to show cause.

Under 28 U.S.C. § 1915(e)(2)(B), the Court must dismiss any portion of a civil complaint filed in forma pauperis that fails to state a claim upon which relief can be granted, is frivolous, or seeks monetary relief from a defendant who is immune from such relief.  As outlined in the Court's Order to Show Cause, Plaintiff's case must be dismissed, and her response gives the Court no cause to conclude differently. *See* Dkt. # 6.

ORDER - 2

## III. CONCLUSION

For the reasons stated above, the Court dismisses Plaintiff's claims against Defendants in this action without prejudice.

Dated this 9th day of June, 2025.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 3